| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED JAMES BONINI CLERK 05 MAY 16 AM 10:05 | 1:00CR00111 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| **Kevin Allen Mueller** **145 Lake Nancy Lane #131** **West Palm Beach, Florida 33411** | Southern District of Ohio | |
| | NAME OF SENTENCING JUDGE The Honorable Susan J. Dlott United States District Judge | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 17, 2004 | TO December 16, 2007 |
|---|---|---|---|

OFFENSE
Conspiracy to Distribute Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"Southern District of Ohio"**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/29/05
_____
Date

*Susan J. Dlott*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern District of Florida**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/2/05
_____
*Effective Date*

_____
United States District Judge
Kenneth A. Marra