United States District Court
Southern District of Ohio, Western Division
Clerk of Court
706 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

May 18, 2005

United States District Court
Office of the Clerk
299 East Broward Blvd.
Ft. Lauderdale, FL 33301

Re: *USA v. Kevin Allen Mueller Case# 1:00cr111(02)*

Dear Clerk of Courts:

Enclosed please find an original probation form 22 regarding subject defendant. Defendant's supervised release is being transferred to the Southern District of Florida at Fort Lauderdale pursuant to the acceptance of this matter by U.S. District Kenneth A. Marra. Enclosed please find certified copies of the Indictment, Judgment, and docket sheet for the Defendant in order to complete the transfer.

If you have any questions, please do not hesitate to call.

Please acknowledge receipt below and return a copy of this letter to the above address.

Sincerely,

JAMES BONINI, Clerk
Southern District of Ohio, Cincinnati

*A. Hill*

Arthur Hill, Courtroom Deputy

\*\*\*  \*\*\*\*  \*\*\*

Please return a copy of this letter to acknowledge receipt.

Date of receipt: 5/26/05   Your Case No 05-80010-TP-Hurley   Clerk: _____