IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                      : CRIMINAL NO: CR-1-00-111-2
                                    : JUDGE DLOTT

**KEVIN MUELLER,**

        **Defendant.**

### SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney

        s/ Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        Southern District of Ohio
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215-2401
        (614) 469-5715

N:\_ECF Workload\DSanders\Mueller - Sat of Judg.wpd